**STATEMENT OF FACTS**

On Friday, February 7, 2020, at approximately 1:05 a.m., Officers of the Metropolitan Police Department (MPD) Narcotics and Special Investigations Division (NSID) Gun Recovery Unit (GRU) responded to 1201 Oak Drive Southeast, Building C2, Apartment A-102 in Washington, D.C. to execute an emergency District of Columbia Superior Court search warrant.

As officers began knocking on the door, announcing police presence, Federal Bureau of Investigation (FBI) Special Agents observed an unknown individual throw a black and white camouflage firearm out of the rear window. The firearm was recovered. As MPD officers entered the residence, officers detained a black male, later identified as Terrance Phillips (Defendant Phillips), in the bed and fully clothed in the only bedroom and an additional black male, later identified as Niko Culbreth (Culbreth), from behind the bedroom door fully clothed. Officers also detained an identified black female in the bed in the same bedroom without clothing.

It was determined by officers that the firearm was thrown out of the window in the bedroom where all three individuals were detained.

A search of the residence was conducted. An additional firearm was recovered from a shelf in the corner of the living room. The firearm was determined to be a Springfield Armory, model XD9, .9 millimeter handgun with a serial number of AT112939. When it was recovered, it was loaded with one (1) round in the chamber and fifteen (15) rounds in an unknown capacity magazine.

Defendant Phillips was placed under arrest. Culbreth refused to consent to a buccal swab, was identified and released from police custody. The identified female consented to a buccal swab on scene and was released from police custody.

Search incident to arrest, MPD officers recovered nineteen (19) yellow pills marked with "c230" in Defendant Phillips's front hoodie pocket. Also recovered was $517 in U.S. Currency from Defendant Phillips's left, front pants pocket. It was determined that Defendant Phillips was the sole lease holder of the apartment.

The firearm thrown out the window was determined to be a camouflage in color Masterpiece Arms, Inc., unknown model, .9 millimeter handgun with a serial number of F23482. When it was recovered, it was loaded with one (1) round in the chamber and twenty-two (22) rounds in an unknown capacity magazine. The distinct camouflage pattern appears to be identical to that of firearm in possession of Defendant Phillips in an Instagram post from January 21, 2020.

Officer Guzman was present for the execution of the search warrant, the recovery of the weapon and the arrest of Defendant Phillips.

A criminal history check of Defendant Phillips through the National Crime Information Center confirmed that the defendant has a prior felony conviction in the Superior Court for the District of Columbia, Criminal Case No. 2005 FEL 5986 for five counts of Distribution of Marijuana. The defendant was sentenced to twenty (20) months of incarceration for this conviction. Therefore, the defendant was aware that this crime is punishable by more than one year. There are no firearm or ammunition manufacturers in the District of Columbia.

_____
OFFICER WILFREDO GUZMAN
METROPOLITAN POLICE DEPARTMENT

SWORN AND SUBSCRIBED BEFORE ME ON THE 7th DAY OF FEBRUARY, 2020.

_____
G. MICHAEL HARVEY
U.S. MAGISTRATE JUDGE